**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
MARK RICHARDSON, :
:
Petitioner, :      18-CV-7694 (VEC) (OTW)
:
-against- :              **ORDER**
:
BARBARA UNDERWOOD and MICHAEL CAPRA, :
Superintendent of Sing Sing Correctional :
Facility, :
:
Respondents. :
:
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      Respondent is directed to resubmit courtesy copies of the following by **April 14, 2022**:

- An unredacted copy of the suppression hearing transcript;

- A copy of the trial transcript;

- A recording of Plaintiff's videotaped statement, as redacted for trial; **and**

- A recording of Plaintiff's videotaped statement, unredacted.

Respondent may submit this material by mailing a compact disc to Chambers.

      **SO ORDERED.**

     _s/ Ona T. Wang_

Dated: April 8, 2022              **Ona T. Wang**
     New York, New York      United States Magistrate Judge