**DISTRICT ATTORNEY**
**COUNTY OF NEW YORK**
**ONE HOGAN PLACE**
New York, N. Y. 10013
(212) 335-9000

**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

June 9, 2022

The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>Richardson v. Capra</u>, 18-CV-7694 (VEC) (OTW)

Dear Judge Wang:

      I represent the respondent in the above-referenced habeas corpus case. By order dated April 8, 2022, Your Honor directed respondent to submit copies of the trial and suppression hearing transcripts as well as redacted and unredacted copies of petitioner's videotaped statement. Your Honor stated that respondent could submit these materials by mailing a compact disc to Chambers (ECF No. 21). On April 12, 2022, respondent mailed a disc containing the trial and suppression hearing transcripts as well as the redacted version of petitioner's statement (ECF No. 22). Respondent did not include the unredacted version of the statement at that time because it was not readily available.

      I write to inform Your Honor that I now have a copy of petitioner's unredacted statement. The statement is in two parts. Today, I mailed Chambers two discs, each containing one part of the statement. On each disc, the statement is contained in the first file titled "VIDEO_TS." Each disc also includes other files, which contain various portions of the statement.

                                               Respectfully submitted,

                                               Stephen Kress (SK-1024)
                                               Assistant District Attorney
                                               Counsel for Respondent
                                               (212) 335-9607

cc (via ECF):

Denise Fabiano, Esq.
Counsel for Petitioner