UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARK RICHARDSON,

                            Plaintiff,

-against-                                        18 **CIVIL** 7694 (VEC)

## **JUDGMENT**

MICHAEL CAPRA, Superintendent of Sing Sing
Correctional Facility,

                            Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 22, 2023, the R&R is rejected and Petitioner's request for habeas relief is DENIED. Because reasonable jurists may find it "debatable" whether Petitioner states a valid claim, Miller-El v. Cockrell, 537 U.S. 322, 336 (2003), the Court issues a certificate of appealability as to whether the state courts clearly erred by applying Chapple and its progeny rather than Seibert when deciding Petitioner's suppression motion. Petitioner is granted in forma pauperis status for the purposes of any appeal. See Coppedge v. United States, 369 U.S. 438, 445 (1962) (concluding that an appeal may be taken in forma pauperis if made in "good faith"); Laboriel v. Lee, No. 18-CV-3616 (RA), 2021 WL 76170, at *6 (S.D.N.Y. Jan. 7, 2021) (issuing a certificate of appealability and granting in forma pauperis status); accordingly, the case is closed.

**Dated:**  New York, New York

        March 22, 2023

                                                                    **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                            **BY:**        K. Mango

                                                                        **Deputy Clerk**